# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MOORE<br><br>Defendant. | Hon. Douglas E. Arpert<br>Criminal No. 19-cr-804 (ZNQ)<br><br>**Consent Order**<br>**Modification of Conditions of Bail** |

This matter having come before the Court on the joint application of defendant Craig Moore (by Thomas Ambrosio, Esq.) and Phillip R. Sellinger, U.S. Attorney, District of New Jersey (by Martha E. Nye Assistant U.S. Attorney), for an order modifying the conditions of the defendant's bail.

The defendant is currently on pretrial release with his home in North Carolina. He has not curfew, no electronic monitoring and is required to call his U.S. Pretrial Services Officer every Monday. He has been fully compliant with the conditions of his pretrial release conditions since his release from custody in November 2019.

Defendant seeks to take a four-day cruise from Norfolk, Virginia to Bermuda with his family. The cruise leaves on May 26, 2022 and returns on May 30, 2022. U.S. Pretrial Services and the Government have been advised of the Defendant's request to go on a cruise and the itinerary and do not object.

All other previously ordered conditions of release shall remain in effect.

The defendant having consented to these modified conditions of bail; and the United States, and U.S. Pretrial Services having no opposition; and for good cause shown,

IT IS THE FINDING OF THIS COURT that the proposed modifications of the defendant's bail are in accordance with the Bail Reform Act of 1984 and if granted the defendant will not pose a danger to the community nor create a serious risk that the defendant will flee, *and for the reasons stated on the record on March 24, 2022*

Wherefore on this _24th_ day of March, 2022,

IT IS ORDERED that the defendant's bail be modified as follows:

1. Defendant shall be permitted to take a four-day cruise from Norfolk, Virginia to Bermuda with his family. The cruise leaves on May 26, 2022 and returns on May 30, 2022.
2. Defendant agrees to all other previously ordered conditions of release.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge

The above form of Order is contented to by:

_____   _____
Thomas Ambrosio, Esq.                              Martha Nye, AUSA